IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TODD WINKLER, ON HIS BEHALF
AND OTHER SIMILARLY
SITUATED INDIVIDUALS,

    Plaintiff,

v.        CASE NO.: 1:09cv22-SPM/AK

ALL AMERICAN AIR CONDITIONING
& HEARING CONTRACTORS, INC.,

    Defendant.
_____/

## ORDER TRANSFERRING CASE

This cause comes before the Court on Plaintiff's Motion to Transfer Action to the United States District Court for the Middle District of Florida, Jacksonville Division. Doc. 5. Plaintiff explains that the case was filed in the Northern District in error and that Defendant is located in St. John's County, Florida. For good cause shown, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 5) is granted.

2.    This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division.

DONE AND ORDERED this 1st day of April, 2009.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge